**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF OREGON**

IN RE: David Arthur Scoggins
       Susan Lee Scoggins

Debtors

Case No.:18-62355-tmr13

**LIST OF NAMES AND POST OFFICE ADDRESSES FOR UNCLAIMED FUNDS**

I, the undersigned case trustee, certify that:

1. The final disbursement to creditors has been completed.

2. All final disbursement checks payable in this case have been cashed except that checks issued to the entities listed below have been stopped for payment because they have either been returned as undeliverable or 90 days have passed since issuance.

3. I verify the address used for mailing to each entity matches the most recent address in the case record for that entity, and I made all other reasonable attempts to deliver each check.

4. A payment for the total of all such unclaimed funds listed below in the amount of $4,947.15 is made to the Clerk of the U.S. Bankruptcy Court, in conjunction with the filing of this list.

5. The following is a list of the names of, and mailing address used for, the entities entitled to the following sums:

| CLAIM NO. | NAME/ADDRESS | DIVIDEND |
|---|---|---|
| 0 | David Arthur Scoggins<br>Susan Lee Scoggins<br>4110 Corey Road<br>Central Point, OR, 97502 | $4,947.15 |

TOTAL: $4,947.15

DATED: July 09, 2019

/s/ Naliko Markel
Naliko Markel, Trustee

390 (2/2/2018)